RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 23a0049p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

IN RE: DANNY HILL,

*Petitioner.*　　　No. 20-3863

On Petition for Leave to File a Second or Successive Petition for a Writ of Habeas Corpus.
United States District Court for the Northern District of Ohio at Youngstown.
No. 4:20-cv-01294—John R. Adams, District Judge.

Decided and Filed:  March 20, 2023

Before:  SUTTON, Chief Judge; MOORE, CLAY, GIBBONS, GRIFFIN,
KETHLEDGE, STRANCH, THAPAR, BUSH, LARSEN, NALBANDIAN,
READLER, DAVIS, and MATHIS, Circuit Judges.[*]

_____

## COUNSEL

**ON PETITION FOR REHEARING EN BANC**:  Benjamin M. Flowers, Zachery P. Keller, OFFICE OF THE OHIO ATTORNEY GENERAL, Columbus, Ohio, for Respondent State of Ohio.  **ON RESPONSE:** Sharon A. Hicks, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Cleveland, Ohio, for Petitioner.

_____

## ORDER

_____

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case.  Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

---

[*] Judge Murphy recused himself from participation in this decision.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk